

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 26, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119-SMR |
| | § | |
| 1001 WL, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

| | | |
|---|---|---|
| 1001 WL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADV PROC. 24-01010-SMR |
| | § | |
| TIG ROMSPEN US MASTER MORTGAGE, LP, | § | |
| | § | |
| GALLERIA LOOP NOTE HOLDER, LLC, and | § | |
| | § | |
| BDFI, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On July 23, 2024, the Court entered its *Findings of Fact and Conclusions of Law* (the

1

"FFCOL" at ECF No. 46). In its FFCOL, the Court granted summary judgment in favor of TIG Romspen US Master Mortgage, LP ("Romspen") regarding the claims asserted by 1001 WL, LLC against Rompsen in the Amended Complaint filed on May 13, 2024. (ECF No. 23).

For the reasons stated in its FFCOL, the Court finds that the following Final Judgment should be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure and Rule 7058 of the Federal Rules of Bankruptcy Procedure.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AND FINAL JUDGMENT IS RENDERED:**

1. In favor of Romspen based on the doctrine of judicial estoppel and 1001 WL, LLC is estopped from attacking the validity of the September 2019 Foreclosure Sale (as defined in the FFCOL) and/or the validity and priority of Romspen's lien on the real property located at 1001 West Loop South, Houston, Texas 77027 and further described in the deed of trust recorded at RP-2019-392981 in the real property records of Harris County, Texas.

2. In favor of Romspen based on the doctrine of quasi-estoppel and 1001 WL, LLC is estopped from attacking the validity of the September 2019 Foreclosure Sale and/or validity and priority of Romspen's lien on the real property located at 1001 West Loop South, Houston, Texas 77027 and further described in the deed of trust recorded at RP-2019-392981 in the real property records of Harris County, Texas.

3. In favor of Romspen that the rescission of the September 2019 Foreclosure Sale signed by Ali Choudhri on February 2, 2024 was improper under Texas law.

4. In favor of Romspen on 1001 WL, LLC's equitable subordination claim.

5. That all other claims and causes of action asserted by 1001 WL, LLC are DENIED.

6. That all other claims and defenses asserted by Romspen are DENIED.

7. This is a Final Judgment and disposes of all claims, defenses, issues, and parties in this adversary proceeding.

# # #